# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



DOCKETED
MAR 31 2004

In the Matter of

Linda Marlin, et al.
    Plaintiffs,
v.
The Boeing Company, et al.
    Defendants

Case Number: 04 C 2144

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**

All Plaintiffs, Linda Marlin Lie, et al.

### (A)
- SIGNATURE: *[signed]*
- NAME: Donald J. Nolan
- FIRM: Nolan Law Group
- STREET ADDRESS: 20 N. Clark Street, 30th Floor
- CITY/STATE/ZIP: Chicago, Illinois 60602
- TELEPHONE NUMBER: 312.630.4000
- FAX NUMBER: 312.630.4011
- E-MAIL ADDRESS: djn@nolan-law.com
- IDENTIFICATION NUMBER: 2058391
- MEMBER OF TRIAL BAR? YES ☒ NO ☐
- TRIAL ATTORNEY? YES ☒ NO ☐

### (B)
- SIGNATURE: *[signed]*
- NAME: Floyd A. Wisner
- FIRM: Nolan Law Group
- STREET ADDRESS: Same as A.
- CITY/STATE/ZIP:
- TELEPHONE NUMBER: 312.630.4000
- FAX NUMBER: 312.630.4011
- E-MAIL ADDRESS: faw@nolan-law.com
- IDENTIFICATION NUMBER: 3048713
- MEMBER OF TRIAL BAR? YES ☒ NO ☐
- TRIAL ATTORNEY? YES ☒ NO ☐
- DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒

### (C)
- SIGNATURE: *[signed]*
- NAME: William A. Jaeger
- FIRM: Nolan Law Group
- STREET ADDRESS: Same as A.
- CITY/STATE/ZIP:
- TELEPHONE NUMBER: 312.630.4000
- FAX NUMBER: 312.630.4011
- E-MAIL ADDRESS: waj@nolan-law.com
- IDENTIFICATION NUMBER: 6180532
- MEMBER OF TRIAL BAR? YES ☒ NO ☐
- TRIAL ATTORNEY? YES ☒ NO ☐
- DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒

### (D)
- SIGNATURE:
- NAME:
- FIRM:
- STREET ADDRESS:
- CITY/STATE/ZIP:
- TELEPHONE NUMBER:
- FAX NUMBER:
- E-MAIL ADDRESS:
- IDENTIFICATION NUMBER:
- MEMBER OF TRIAL BAR? YES ☒ NO ☐
- TRIAL ATTORNEY? YES ☒ NO ☐
- DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

*[Clerk's stamp: 04 MAR 30 PM 4:21 CLERK U.S. DISTRICT COURT]*